/s/   Robert F. Stephens
Chief Justice

**Robert Marline PEARCE, Movant,**

v.

**KENTUCKY BAR ASSOCIATION, Respondent.**

**No. 87–SC–847–KB.**

Supreme Court of Kentucky.

Oct. 18, 1990.

### ORDER OF REINSTATEMENT

On recommendation of the Kentucky Bar Association, Robert Marline Pearce is hereby reinstated to the practice of law.

Mr. Pearce shall pay the costs incurred by the Kentucky Bar Association in the processing of the application.

All concur.

Entered: October 18, 1990.

/s/   Robert F. Stephens
Chief Justice